Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff
MILAGROS O'NEAL

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MILAGROS O'NEAL, | Case No.: CV-10-01565 |
| Plaintiff, | |
| vs. | |
| SUNRISE CREDIT SERVICES, INC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

NOW COMES the Plaintiff, MILAGROS O'NEAL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days. Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 23, 2010                KROHN & MOSS, LTD.

By: /s/ Ryan Lee                    _

Ryan Lee
Attorney for Plaintiff