Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MILAGROS O'NEAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MILAGROS O'NEAL, | ) |
|   Plaintiff, | ) Case No.: cv-10-01565 |
| v. | ) **VOLUNTARY DISMISSAL** |
| SUNRISE CREDIT SERVICES, INC. | ) |
|   Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MILAGROS O'NEAL, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 4, 2010                              KROHN & MOSS, LTD.

                                                By: /s/ Ryan Lee
                                                   Ryan Lee
                                                   Attorneys for Plaintiff
                                                   MILAGROS O'NEAL